UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ Original Plan
☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Taneshe Bennett-Addison   JOINT DEBTOR: Shemoi Hanif Coley   CASE NO.: 9:25-bk-20624
SS#: xxx-xx-5879   SS#: xxx-xx-6118

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1(C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $ 21140.97 for months 1 to 60.

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

Total Fees: $5,500.00   Total Paid: $2,000.00   Balance Due: $3,500.00
Payable $194.44 /month (Months 1 to 18)
Allowed fees under LR 2016_1(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325(a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1   Creditor: Gm Financial
Address: PO Box 181145; Arlington, TX 76096-1145
Arrearage/Payoff on Petition Date
Regular Payment (Maintain) 152.98 /month (Months 1 to 60)
Last 4 Digits of Account No.:   Account No: 111047584539
Other:
☐ Real Property   Check one below for Real Property:
  ☐ Principal Residence   ☐ Escrow is included in the regular payments
  ☐ Other Real Property   ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly
Address of Collateral:

Personal Property/Vehicle

Debtor(s): Taneshe Bennett-Addison
Shemoi Hanif Coley    Case number: 9:25-bk-20624

| | |
|---|---|
| ☒ Description of Collateral: | |

---

**2    Creditor:** Onemain

Address: PO Box 1010; Evansville, IN 47706-1010

Arrearage/Payoff on Petition Date: 
Regular Payment (Maintain): 513.10 /month (Months 1 to 30 )

Last 4 Digits of Account No.:    Account No: 4245-2150-1005-0743

Other:

☐ Real Property
  ☐ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

Personal Property/Vehicle
☒ Description of Collateral: 2018 Toyota RAV4 60,000 miles

---

**3    Creditor:** Fay Servicing LLC

Address: 1601 Lyndon B Johnson Fwy; Farmers Branch, TX 75234-6512

Arrearage/Payoff on Petition Date: 156,930.81
Arrears Payment (Cure): 2,615.51 /month (Months 1 to 60
Regular Payment (Maintain): 14,166.75 /month (Months 1 to 60 )

Last 4 Digits of Account No.:    Account No: 6440000367716

Other:

☐ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☒ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

Personal Property/Vehicle
☒ Description of Collateral: 4102 Artesa Dr., Boynton Beach, FL 33436
Palm Beach County

---

**4    Creditor:** Volkswagen Credit, Inc

Address: 1401 Franklin Blvd; Libertyville, IL 60048-4460

Arrearage/Payoff on Petition Date: 4,352.00
Arrears Payment (Cure): 145.07 /month (Months 1 to 30 )
Regular Payment (Maintain): 1,230.00 /month (Months 1 to 30 )

Last 4 Digits of Account No.:    Account No: 8139149736

Other:

☐ Real Property
  ☐ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

Personal Property/Vehicle
☒ Description of Collateral: 2024 Volkswagen Atlas Unkown miles

---

Debtor(s): Taneshe Bennett-Addison
Shemoi Hanif Coley Case number: 9:25-bk-20624

**B. VALUATION OF COLLATERAL:** ☒ NONE
IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED, A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** ☒ NONE

**E. DIRECT PAYMENTS:** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Gent PC, LLC | Unknown | 2203 Brooke St., Panama City, FL 32408 Bay County ; 2208 Brooke St, Panama City, FL 32408 Bay County ; 2211 Brooke St., Panama City, FL 32408 Bay County ; 2229 Brooke St., Panama City, FL 32408 Bay County |
| 2. | Loancare LLC | 6230061833042 | 109 White Cap Way, Panama City Beach, FL 32407 Bay County |
| 3. | Nr/sms/cal | 688473289 | 107 White Cap Way, Panama City Beach, FL 32407 Bay County |
| 4. | Pennymac Loan Services, LLC | SSE0018199648179 | 2210 Brooke St, Panama City, FL 32408 Bay County |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. §1322(a)(4)]
☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

**A.** Pay $1,519.84 /month (Months 18 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C. SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. §1322.

**VI. STUDENT LOAN PROGRAM** ☒ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** ☐ NONE

Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| | | | |

Debtor(s): Taneshe Bennett-Addison
Shemoi Hanif Coley   Case number: 9:25-bk-20624

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| 1. Volkswagen Credit, Inc | Installment account opened 10/06/2023 Credit Limit: ?34,626.00, Remaining Balance: ?39,273.00 | | ☒ Assume ☐ Reject |

**VIII.   INCOME TAX RETURNS AND REFUNDS:**

**IX.    NON-STANDARD PLAN PROVISIONS:**  ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Taneshe Bennett-Addison | Debtor | September 26, 2025 | /s/ Shemoi Hanif Coley | Joint Debtor | September 26, 2025 |
|---|---|---|---|---|---|
| Taneshe Bennett-Addison | | Date | Shemoi Hanif Coley | | Date |
| | Debtor | | | | |
| Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1] | | Date | | | |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.